**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────────

**No. 97-7482**

───────────────

WILLIE MORRIS MCBRIDE,

Plaintiff - Appellant,

versus

WILLIAM BRASWELL, Officer; TIMOTHY S. EVANS,
Investigator; R. L. CHUPIK, Investigator;
JONES, J-106; S. I. SQUYRES, Investigator;
DAVID K. MAPP, JR.,

Defendants - Appellees.

───────────────

Appeal from the United States District Court for the Eastern Dis-
trict of Virginia, at Richmond.  Robert R. Merhige, Jr., Senior
District Judge.  (CA-96-652-3)

───────────────

Submitted:  March 3, 1998          Decided:  March 20, 1998

───────────────

Before MICHAEL and MOTZ, Circuit Judges, and BUTZNER, Senior Cir-
cuit Judge.

───────────────

Affirmed by unpublished per curiam opinion.

───────────────

Willie Morris McBride, Appellant Pro Se.

───────────────

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant appeals from the district court's order denying relief on his 42 U.S.C. § 1983 (1994) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>McBride v. Braswell</u>, No. CA-96-652-3 (E.D. Va. Sept. 2, 1997). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

2